UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: 18 U.S.C § 1343 |
| | : | |
| PRESTON FLEMING | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States charges that:

### COUNT ONE

### Background

1. The defendant, Preston Fleming ("Fleming"), was the owner of Fleming Transport Services, Inc. ("FTS"), a Texas-based trucking company. Fleming owned and ran FTS as a side business between 2018 and 2019. However, Fleming closed the business at the end of 2019 by, among other things, terminating his payments on the truck's lease in October 2019, and terminating his payments on the trailer's lease in December 2019.

2. In or about March 2020, the Small Business Administration (the "SBA"), headquartered in Washington, D.C., announced it would provide disaster assistance for small businesses impact by the COVID-19 Pandemic. SBA's COVID-19 disaster assistance programs included the Paycheck Protection Program ("PPP"), the Economic Injury Disaster Loans ("EIDL"), and EIDL Advances.

**The Scheme to Defraud**

3. Starting in or about April 2020 and continuing until at least June 2021, in the District of Columbia and other jurisdictions, Fleming devised and intended to devise a scheme to defraud the United States and certain third-party lenders, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

**Manner and Means**

It was part of the scheme that:

4. In or about April 2020, once the SBA announced it would provide disaster assistance for small businesses impact by the COVID-19 Pandemic, Fleming began applying for the SBA's COVID-19 disaster loan programs. By October 20, 2020, Fleming had obtained an EIDL loan of $36,600 for FTS.

5. On or about April 22, 2021, Fleming requested an increase to the EIDL (the "EIDL Modification") that FTS received from the SBA. Fleming requested the original EIDL be increased from $36,700 to $149,600 (an increase of $112,900).

6. On June 5, 2021, the SBA emailed Fleming requesting additional information and later advised Fleming by telephone that the SBA would decline the EIDL Modification request unless Fleming provided confirmation, such as a corporate resolution, that Fleming was authorized to obligate FTS for the increased loan amount. The SBA also advised Fleming that it needed proof of an active and in effect hazard insurance policy on all items used to secure the loan.

7. On or about June 7, 2021, Fleming obtained the required insurance policy. By June 9, 2021, Fleming supplied the SBA with (a) a certificate of insurance for the coverage

obtained and (b) a corporate resolution dated June 6, 2021, authorizing Fleming to obligate FTS for the full $149,600 EIDL Modification.

8. On or about June 11, 2021, Fleming electronically signed and submitted an amended loan agreement for the EIDL Modification containing materially false statements on behalf of FTS, including that he would "use all the proceeds of this Loan solely as working capital to alleviate economic injury caused by disaster occurring in the month of January 31, 2020 and continuing thereafter."

9. The SBA then approved Fleming's EIDL Modification request, and on or about June 15, 2021, the SBA deposited $112,900 in funds into Fleming's Delta Community Credit Union personal checking account ending in 0010.

10. That same date, the $112,900 was transferred to a savings account that Fleming held jointly with his spouse, where the funds remained until May 12, 2023.

11. On May 12, 2023, all of the funds were then used to fund a $331,758.02 wire to a law firm that specialized in handling real estate transactions. The $332,758.02 wire was used to pay for the closing on a new personal residence for Fleming in Dacula, Georgia. This use served no legitimate business purpose to FTS.

12. On or about the date set forth below, Fleming, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly and intentionally transmitted and caused to be transmitted from the State of Georgia to the State of Iowa writings, signs, signals, pictures, and sounds, by means of the following wire communications in interstate commerce:

| Approximate Date | Description |
|---|---|
| June 11, 2021 | Submitted Fraudulent EIDL agreement to the Small Business Association |

**(Wire Fraud, in Violation of Title 18, United States Code, Section 1343)**

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 1343, set forth in Count One of this Information, the defendant,

### PRESTON FLEMING

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

## MONEY JUDGMENT

In the event of conviction, the United States may seek a money judgment.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §2461(c).

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:   /s/ *Samantha R. Miller*
Samantha R. Miller
Special Assistant United States Attorney
MA Bar No. 690454
United States Attorney's Office
601 D Street, NW Washington, D.C. 20530
202-527-1814
Samantha.Miller@usdoj.gov

EDWARD P. SULLIVAN
Acting Chief
Public Integrity Section

By:   /s/ *Alexandre Dempsey*
Alexandre M. Dempsey
Aaron L. Jennen
Trial Attorneys
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412

5